IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>) | No. 13-4994(L) |
| Appellee ) | 14-4017, 14-4023 |
| ) | |
| vs. ) | MOTION FOR EXTENSION OF TIME |
| ) | |
| JOSHUA DYLAN BENNETT, )<br>DONALD RAY BECK, )<br>AND ANGELA MICHELLE BECK, )<br>) | |
| Appellants ) | |

James B. Craven III, counsel for Donald Ray Beck and Lead Counsel for the Appellants, respectfully shows the Court that:

1. The opening brief and Joint Appendix in these three consolidated cases are due April 23, 2014.

2. We are almost there, but a 30 day extension would help us tremendously.

3. The Government has no objection to this motion.

WHEREFORE the appellants respectfully pray the Court for an extension of time to file their opening brief and the Joint Appendix in these consolidated cases until May 23, 2014.

                                            Respectfully submitted,

                                            /s/ James B. Craven III
                                            James B. Craven III
                                            Attorney for Donald Ray Beck
                                            and Lead Counsel for the Appellants
                                            NCSB 997
                                            (919) 688-8295
                                            P.O. Box 1366
                                            Durham, NC  27702
                                            JBC64@MINDSPRING.COM

/s/ Helen L. Parsonage
Helen L. Parsonage
Attorney for Angela Michelle Beck
Elliott, Morgan & Parsonage
426 Old Salem Road
Winston-Salem, NC 27101-5268
hparsonage@emplawfirm.com

/s/ Josiah J. Corrigan
Josiah J. Corrigan
Attorney for Joshua Dylan Bennett
Perry, Perry & Perry
Box 1475
Kinston, NC 28503
josicor@gmail.com

CERTIFICATE OF SERVICE

I have this day served the defendant's counsel electronically:

Graham T. Green, Esquire
Assistant U.S. Attorney
United States Courthouse-Room 505
251 North Main Street, Room 505
Winston-Salem, NC 27101

This 21st day of April 2014.

/s/ James B. Craven III
James B. Craven III

2